IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY JACKSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-3298 |
| | : | |
| v. | : | |
| | : | |
| UNISYS, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 15th day of May, 2009, upon consideration of Defendant Unisys, Inc.'s ("Unisys") Motion to Dismiss Counts I, II, IV, and V of Plaintiff's Amended Complaint (Doc. No. 4), Plaintiff's Response in Opposition thereto (Doc. No. 6), and Unisys' Reply (Doc. No. 7), it is HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED. Counts I, II, IV, and V of Plaintiff's Amended Complaint are DISMISSED. Counts III of Plaintiff's Amended Complaint shall go forward to discovery.

BY THE COURT:

_S/ C. Darnell Jones II_
                    J.