# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY JACKSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-3298 |
| v. | : | |
| UNISYS, INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of December, 2009, upon consideration of Defendant's Motion to Compel (Dkt. No. 23) and Plaintiff's response thereto (Dkt. No. 26), it is hereby ORDERED that Defendant's Motion is DENIED but that Plaintiff shall, within ten (10) days of this Order, provide any W-2 issued by an employer subsequent to his termination from Unisys in July 2007.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II            J.